UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Antonio Vallin Bridges,

        Plaintiff,                     Case Number: 25-cv-11229
                                              Honorable F. Kay Behm

v.

James Kissinger, et al.,

        Defendants.
_____/

## **JUDGMENT**

    IT IS ORDERED AND ADJUDGED that pursuant to the Court's Opinion and Order entered on this date this cause of action is DISMISSED WITHOUT PREJUDICE.

    SO ORDERED.

Date: June 25, 2025                              s/F. Kay Behm
                                                       F. Kay Behm
                                                       United States District Judge